RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/16/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ISAAC BUSH | CIVIL ACTION NO. 09-0165 |
| VS. | JUDGE ROBERT G. JAMES |
| ROBERT G. "BOB" BUCKLEY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and LR 41.3.

MONROE, LOUISIANA, this 16 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE